JMC/2008R00763

2009 JAN 13 P 3: 08

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 09- 20-RBK |
| v. | : | |
| JAVON GORDON, a/k/a "Teflon" | : | 18 U.S.C. § 2423(a) and (e) |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Camden, charges:

From in or about February 2008 to on or about April 16, 2008, in Atlantic County, in the District of New Jersey, and elsewhere, the defendant,

**JAVON GORDON, a/k/a "Teflon,"**

did knowingly transport an individual who had not attained the age of 18 years, namely, A.S., in interstate commerce, with intent that A.S. engage in prostitution, and in any sexual activity for which any person could be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2423(a).

A TRUE BILL

_____
FOREPERSON

_____
RALPH J. MARRA, JR.
Acting United States Attorney

-1-

CASE NUMBER: 2008R0763

**United States District Court
District of New Jersey**

UNITED STATES OF AMERICA

v.

JAVON GORDON, a/k/a "Teflon"

**INDICTMENT FOR**

18 U.S.C. § 2423

A True Bill,

*/s/ Foreperson*

**RALPH J. MARRA, JR.**
ACTING U.S. ATTORNEY NEWARK, NEW JERSEY

JACQUELINE M. CARLE
Assistant U.S. Attorney
Camden, New Jersey
(856) 757-5026