2008R00763/JMR/BAW/jw

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Robert B. Kugler, U.S.D.J. |
| v. | : | Crim. No. 09-00020 (RBK) |
| JAVON GORDON, a/k/a "TEFLON," | : | <u>FINAL ORDER OF FORFEITURE</u> |
| Defendant. | : | |

WHEREAS, on October 6, 2009, the United States filed the above-mentioned Superseding Indictment against defendant Javon Gordon, charging him with one count of engaging in a child exploitation enterprise, in violation of 18 U.S.C. § 2252A(g) (Count One); one count of sex trafficking of children, in violation of 18 U.S.C. § 1591(a) and 18 U.S.C. § 2 (Count Two); two counts of transportation of a minor to engage in prostitution, in violation of 18 U.S.C. § 2423(a) and 18 U.S.C. § 2 (Counts Three and Four); one count of transportation of an adult to engage in prostitution, in violation of 18 U.S.C. § 2421 and 18 U.S.C. § 2 (Count Five); one count of sexual exploitation of children, in violation of 18 U.S.C. § 2251(a) and 18 U.S.C. § 2 (Count Six); one count of distributing child pornography, in violation of 18 U.S.C. § 2252A(a)(2) and 18 U.S.C. § 2 (Count Seven); and one count of possessing child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) and 18 U.S.C. § 2 (Count Eight);

WHEREAS, on or about August 19, 2010, defendant Javon Gordon pleaded guilty pursuant to a plea agreement with the United States to Counts

Three and Four of the Superseding Indictment, which charged him with transporting a minor to engage in prostitution, in violation of 18 U.S.C. § 2423(a);

WHEREAS, pursuant to 18 U.S.C. § 2428 and the procedures set forth in 21 U.S.C. § 853, which are incorporated by reference in 28 U.S.C. § 2461(c), a person convicted of an offense in violation of 18 U.S.C. § 2423(a), as alleged in Counts Three and Four of the Superseding Indictment, shall forfeit to the United States all of his right, title and interest in all property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense, and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such offense;

WHEREAS, in the plea agreement, defendant Javon Gordon agreed to forfeit to the United States any property, personal or real, that constitutes or was derived from or traceable to the offense or that was used or intended to be used to facilitate the commission of the offense to which he pleaded guilty, and any proceeds obtained directly or indirectly as a result of his participation in the offense to which he pleaded guilty;

WHEREAS, on or about September 19, 2011, as part of the defendant's sentence, the Honorable Robert B. Kugler ordered defendant Javon Gordon to forfeit the following property to the United States:

    (a)    a Blackberry cellular telephone, Model 7200, blue in color with IMEI #357493004945495;

    (b)    a Blackberry cellular telephone, Model 8320, black in color with IMEI #358265012611783;

    (c)    a Blackberry cellular telephone, Model 7100, silver in color with IMEI #354529003363462;

    (d)    a Motorola Cellular phone, black in color, model HI80XAii6RRIAN with an IMEI #001702747933660;

    (e)    a Sony cybershot 7.2 megapixel digital camera bearing serial number 0978623 with a 1 gigabyte Pro Duo Memory Card;

    (f)    removable media described as a I/O Magic Gigabank, 8GB, storage device bearing serial number 0978623; and

    (g)    a Hewlett Packard Pavillion laptop computer, model DV6000 bearing serial number CNF8041JHN,

(hereinafter referred to collectively as the "Specific Property");

WHEREAS, Rule G(4)(a)(i)(A) provides that notice need not be published if the forfeited property is worth less than $1,000;

WHEREAS, the Specific Property has a value less than $1,000;

WHEREAS, no other person, other than the defendant, has any right, title or interest in the Specific Property; and

WHEREAS, good and sufficient cause having been shown, it is hereby ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

    1.    A Final Order of Forfeiture is entered pursuant 18 U.S.C. § 2428, and the following property is hereby forfeited to the United States of America, and no right, title, or interest in such property shall exist in any other person:

    (a)    a Blackberry cellular telephone, Model 7200, blue in color with IMEI #357493004945495;

    (b)    a Blackberry cellular telephone, Model 8320, black in color with IMEI #358265012611783;

    (c)    a Blackberry cellular telephone, Model 7100, silver in color with IMEI #354529003363462;

    (d)    a Motorola Cellular phone, black in color, model HI80XAii6RRIAN with an IMEI #001702747933660;

    (e)    a Sony cybershot 7.2 megapixel digital camera bearing serial number 0978623 with a 1 gigabyte Pro Duo Memory Card;

    (f)    removable media described as a I/O Magic Gigabank, 8GB, storage device bearing serial number 0978623; and

    (g)    a Hewlett Packard Pavillion laptop computer, model DV6000 bearing serial number CNF8041JHN.

2.    The Federal Bureau of Investigation, in its sole discretion, may destroy the Forfeited Property

3.    This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

ORDERED this 7th day of March, 2016.

                                                HONORABLE ROBERT B. KUGLER
                                                United States District Judge